# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Pension Fund, et. al., <br>                 Plaintiff, <br> v. <br> Naal Plumbing and Heating Co., <br>                 Defendant | **FILED: AUG. 07, 2008** <br> **08CV4472** <br> **JUDGE DER-YEGHIAYAN** <br> **MAGISTRATE JUDGE KEYS** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff                                                                 **AEE**

| |
|---|
| NAME (Type or print) <br><br> DONALD D. SCHWARTZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br><br> s/ Donald D. Schwartz |
| FIRM <br><br> ARNOLD AND KADJAN |
| STREET ADDRESS <br><br> 19 WEST JACKSON BLVD. |
| CITY/STATE/ZIP <br><br> CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br><br> 03124459 | TELEPHONE NUMBER <br><br> (312) 236-0415 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑     NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑     NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐