IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> NAAL PLUMBING AND HEATING CO., an Illinois corporation, <br><br> Defendant. | No. 08 C 4472 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Keys |

## MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, NAAL PLUMBING AND HEATING CO..

In support thereof, Plaintiffs state:

1. This case was filed on August 7, 2008.

2. Defendant was served with Summons and Complaint on August 13, 2008. (Exhibit A.)

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4. Per the affidavit of Gary Blankenship, Defendant owes for reports from December 27, 2007 through July 31, 2008 for $108,273.78 and $10,827.37 liquidated damages for a total due of $119,101.15. (Exhibit A)

5. Per the affidavit of Donald Schwartz, attorney for Plaintiffs in legal fees and expenses $1,300.00 has been incurred in this suit. (Exhibit B)

**WHEREFORE**, Plaintiffs pray for:

1. An Order of Default against the Defendant.

2. Judgment be rendered in the amount of $120,401.15.

Respectfully submitted,

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422, U.A. OF JOLIET, ILLINOIS
PENSION FUND, et. al.


s/ Donald D. Schwartz
Counsel for Plaintiffs

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415